UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-283(DSD/JMM)

Carefree Living of America, Inc.,

Plaintiff,

v.

**ORDER**

Chicago Title Ins. Co.,

Defendant.

**IT IS HEREBY ORDERED** that the court's order dated April 9, 2001, is vacated and this case shall be reopened.

Dated: April 11, 2001

David S. Doty, Judge
United States District Court

FILED 4-11-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ________