**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carefree Living of America (Minnetonka), Inc., a Delaware corporation,

Plaintiff,

vs.

Chicago Title Insurance Company, a Missouri corporation,

Defendant.

Case No. 01-283 (DSD/JMM)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a) and the stipulation of Plaintiff, Carefree Living of America (Minnetonka), Inc., a Delaware corporation and Defendant Chicago Title Insurance Company, a Missouri corporation, to dismiss the above-entitled matter with prejudice,

**IT IS HEREBY ORDERED**, that the above-entitled matter be dismissed, with prejudice.

Dated: 7/17, 2001

United States District Judge

FILED 7-17-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carefree Living of America (Minnetonka), Inc., a Delaware corporation,

Plaintiff,

vs.

Chicago Title Insurance Company, a Missouri corporation,

Defendant.

Case No. 01-283 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, Carefree Living of America (Minnetonka), Inc., a Delaware corporation ("Carefree") and Defendant Chicago Title Insurance Company, a Missouri corporation ("Chicago Title") stipulate and agree as follows:

1. On January 22, 2001, Carefree asserted claims against Chicago Title,
2. Carefree no longer wishes to proceed with its claims against Chicago Title,
3. Therefore, pursuant to Rule 41(a), Carefree and Chicago Title hereby stipulate to the dismissal of the above-named action with prejudice.

FILED ____
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

Date: July 11, 2001

By: ______________________
Michael C. Mahoney, #66618
Mark W. Peery, #020609X
109 Bushaway Road
Minneapolis, Minnesota 55391
(612) 332-2226

Date: 13 July 2001

By: ______________________
Gary A. Van Cleve #156310
LARKIN, HOFFMAN,
DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500